[Crim. No. 305. Fourth Appellate District.—December 14; 1934.]

In the Matter of the Application of EARL AMBROSE for a Writ of Habeas Corpus.

Harry Pransky and James W. Carter for Petitioner.

Earl Redwine, District Attorney, for Respondent.

BARNARD, P. J.—This is an application for a writ of *habeas corpus*. ██ With the exception of the name of the petitioner, the essential facts herein are identical with those appearing in the case of *In re Salas, ante,* p. 98 [38 Pac. (2d) 806], this day decided. For the reasons therein given, a similar order should be entered herein.

The writ is discharged and the petitioner remanded.

Marks, J., and Jennings, J., concurred.

A petition for a rehearing of this cause was denied by the District Court of Appeal on December 27, 1934.